UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RYAN VINCENT HILL,<br>Defendant. | 4:14-CR-40140-02-KES<br><br>ORDER AUTHORIZING PAYMENT FROM INMATE TRUST ACCOUNT |

The United States moves this court pursuant to 18 U.S.C. §§ 3613(a), 3664(n), and 3664(k), and *United States v. Kidd*, 23 F.4th 781 (8th Cir. 2022), for an Order authorizing the Federal Bureau of Prisons to turn over the Clerk of Court funds in the amount of $1,179.82 from the inmate trust account of defendant, Ryan Vincent Hill, as payment towards the criminal monetary penalties imposed in this case. Docket 262. 30 days have passed since the filing of the motion, and the defendant has not objected. For good cause shown, it is hereby

ORDERED that the motion of the United States is hereby granted; and it is further

ORDERED that the Bureau of Prisons is hereby authorized to turn over to the Clerk of the Court, and the Clerk shall accept, funds in the amount of $1,179.82 currently held in the Bureau of Prisons trust account for the following inmate:

Ryan Vincent Hill
Register Number: 66507-019

The clerk shall apply these funds as payment for the criminal monetary penalties owed by the defendant in this case.

Dated October 2, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE